IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01846-LTB-KLM

GREAT SOUTHERN BANK, a Missouri corporation,

    Plaintiff,

v.

COLORADO FIRST COMMERCIAL MORTGAGE, INC., a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate and Re-set November 13, 2013 Scheduling Conference** [#14] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for November 13, 2013 at 9:30 a.m. is **VACATED** and **RESET** to **November 19, 2013 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Dated:  November 8, 2013