**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01846-LTB-KLM

GREAT SOUTHERN BANK, a Missouri corporation,

      Plaintiff,

v.

COLORADO FIRST COMMERCIAL MORTGAGE, INC., a Colorado corporation,

      Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Motion to Lift Stay and to Strike Answer (Doc 26 - filed May 1, 2014), it is

ORDERED that the Motion is **GRANTED**. The stay is lifted and Defendant's Answer (Doc 10) is **STRICKEN** due to Defendant's failure to obtain substitute counsel.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: May 5, 2014