IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  13-cv-01846-LTB-KLM

GREAT SOUTHERN BANK, a Missouri corporation,

        Plaintiff,

v.

COLORADO FIRST COMMERCIAL MORTGAGE, INC., a Colorado corporation,

        Defendant.

_____

**ORDER ENTERING DEFAULT JUDGMENT**
_____

This matter comes before the Court upon Plaintiff Great Southern Bank's ("Plaintiff" or "GSB") Motion for Default Judgment.  Having considered the motion and the circumstances of the case, the Court hereby GRANTS Plaintiff's Motion for Default Judgment and enters default judgment on Plaintiff's claims for breach of contract and civil theft under Colo. Rev. Stat. § 18-4-405 in favor of Plaintiff Great Southern Bank and against Defendant Colorado First Commercial Mortgage, Inc.  The Court further orders as follows:

    (1)    Pursuant to Colo. Rev. Stat. § 18-4-405, judgment is entered against Defendant in the amount of $214,439.28;

    (2)    Defendant shall be liable for pre-judgment interest of 8% from May 19, 2013 (the date payment was due from Defendant) until today's date and post-judgment interest at the legal rate; and

(3)     Defendant shall deliver the loan files to Plaintiff.

The Clerk of Court shall enter judgment accordingly.

DATED this   22nd   day of May, 2014.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge